NANCE *et al. v.* MAYOR AND ALDERMEN OF SAVANNAH.

ATKINSON, J. On its facts this case is controlled by the decision in the case of *Schlesinger* v. *City of Atlanta,* 161 *Ga.* 148 (129 S. E. 861). The judge did not err in refusing a temporary injunction.

*Judgment affirmed. All the Justices concur, except Russell, C. J., dissenting.*

No. 5089. JUNE 23, 1926.

Petition for injunction. Before Judge Meldrim. Chatham superior court. September 30, 1925.

*Oliver & Oliver* and *John Z. Ryan,* for plaintiffs.

*E. Ormonde Hunter* and *John J. Bouhan,* for defendant.